In the Matter of the Application of ALAN M. GRANT, JR., Appellant, for the Determination of the Court as to the Designation of JOHN H. MURNIN and LURA HUNGERFORD for Party Position, and COMMISSIONERS OF ELECTION OF WEST-CHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of WALTER F. HAWKES, Appellant, for the Determination of the Court as to the Designation of CHARLES BRENNING and MARY RYDER for Party Position, and COMMISSIONERS OF ELECTION OF WEST-CHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of CHARLES F. LENT, Appellant, for the Determination of the Court as to the Designation of JOSEPH CURRAN and MIRIAM FAULKNER for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of RAYMOND T. MONIZ, Appellant, for the Determination of the Court as to the Designation of FRANK DAHLKE and ETHEL V. MARTIN for Party Position, and COMMISSIONERS OF ELECTION OF WEST-CHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of DAVID S. MURDEN, Appellant, for the Determination of the Court as to the Designation of THOMAS C. MACPHERSON and FLORENCE VAIL for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

In the Matter of the Application of ROBERT I. POWERS, Appellant, for the Determination of the Court as to the Designation of WILLIAM A. HUTCHINSON and ERMA MORTON for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— Motion to add appeal to the calendar and to have appeal heard forthwith on original papers granted. Present — Lazansky, P. J., Young, Tompkins and Johnston, JJ.

ROGER J. BROCK, as Chairman of the Democratic Assembly Committee for the Ninth Assembly District, Kings County, and Others, Appellants, v. THOMAS WOGAN and Others, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying plaintiffs' motion for an injunction *pendente lite* affirmed, without costs. No opinion. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of JAMES A. BARKER, Appellant, for the Determination of the Court as to the Designation of LESTER McCOY and MARTHA CONLEY for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commis-

sioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of CHARLES BLANK, Appellant, for the Determination of the Court as to the Designation of ROBERT F. BARRETT and ELIZABETH CROFT for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, affirmed, without costs. No opinion. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of GEORGE W. BOYCE, Appellant, for the Determination of the Court as to the Designation of HAROLD J. HUGHES and CORA B. HAIGHT for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of MAX FELDMAN, Appellant, for the Determination of the Court as to the Designation of CYRUS BLEAKLEY and NATALIE MASON for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners of election of Westchester county from placing and printing the names of the individual respondents as candidates for the party positions of Republican county committeemen on the official ballots for the primary election to be held on September 17, 1935, reversed on the law, and motion granted, without costs, on authority of *Matter of Dorsey* v. *Cohen* (268 N. Y. 620), decided September 9, 1935. Lazansky, P. J., Young, Tompkins and Johnston, JJ., concur.

In the Matter of the Application of HENRY GEROW, Appellant, for the Determination of the Court as to the Designation of CHAUNCEY H. SMITH and EVELYN D. POWERS for Party Position, and COMMISSIONERS OF ELECTION OF WESTCHESTER COUNTY, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion to quash the petition and to restrain the commissioners